(V. D. 9)

CONTINENTAL MERCHANDISE CO., INC. v. UNITED STATES

Entry No. 63932.

(Decided September 16, 1954)

*Siegel, Mandell & Davidson* (*Sidney Mandell* of counsel) for the plaintiff.
*Warren E. Burger*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This matter is presently before me on a remand from a classification proceeding decided by the first division of this court in *Continental Merchandise Co., Inc.* v. *United States*, 32 Cust. Ct. 434, Abstract 57941. The judgment entered therein stated: "* * * that the matter be remanded to a single judge in reappraisement pursuant to the provisions of Title 28 U. S. C. § 2636 (d)."

The matter has been submitted for decision upon an agreed statement of facts entered into by and between counsel for the respective parties hereto.

Upon the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for determining the values of the involved merchandise and that such values were $11.98 per unit plus packing for the binoculars, and $1.30 per unit plus packing for the leather cases.

I further find such values to be the dutiable values of said merchandise.

Judgment will be entered accordingly.